

# Fourth Court of Appeals
## San Antonio, Texas

April 17, 2014

No. 04-13-00445-CV

**PNP PETROLEUM I, LP** and PNP Management, Inc.,
Appellants

v.

Edna Earnest **TAYLOR** and Elizabeth Earnest  Herbst.,
Appellees

From the 81st Judicial District Court, Frio County, Texas
Trial Court No. 10-05-00167CVF
Honorable Donna S. Rayes, Judge Presiding

# O R D E R

The Appellee's Unopposed Motion for Leave to File Post-Submission Brief is GRANTED.

_Catherine Stone_
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of April, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court